Name                  *LEO Evans CDC BK9213*

Street Address        *P.o Box 906*

City and County       *Avenal, kings county*

State and Zip Code    *CA 93204*

Telephone Number      *N/A*

FILED

APR 06 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

*LEO Joseph Anthony Evans*

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

*" See Attached "*

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. *1:20-CV-00501-None-JDP*

(to be filled in by the Clerk's Office)

Jury Trial:   ☒ Yes   ☐ No
(check one)

RECEIVED

APR 08 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

(1) Madera County Police Department
(2) R. Mahoney 4536
(3) C. Robertson 519
(4) R. Vasquez 4263
(5) Grijalva
(6) Garcia
(7) Vang

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *LEO Evans CDC# BK9213*

Street Address *Po Box 906*

City and County *Avenal, Kings County*

State and Zip Code *California 93204*

Telephone Number *N/A*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name *Madera County Police Department*

Job or Title (if known) *Police Department*

Street Address *330 S C st*

City and County *Madera, Madera county*

State and Zip Code *CA 93638*

Telephone Number *N/A*

Defendant No. 2

Name *R. Mahoney # 4536*

Job or Title (if known) *SIU Officer*

Street Address *330 S C st*

City and County *Madera, Madera County*

State and Zip Code *CA 93638*

Telephone Number *N/A*

Defendant No. 3

> Name _C. Robertson # 519_
>
> Job or Title _SIU Officer_
> (if known)
>
> Street Address _330 S C st_
>
> City and County _Madera, Madera County_
>
> State and Zip Code _CA 93638_
>
> Telephone Number _N/A_

Defendant No. 4

> Name _R. Vasquez # 4263_
>
> Job or Title _S.I.U officer_
> (if known)
>
> Street Address _330 S C st_
>
> City and County _Madera, Madera County_
>
> State and Zip Code _CA 93638_
>
> Telephone Number _N/A_

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

3

Defendant No. 5

Name: Grijalva
Job or title: STU Officer
Street Address: 330 S. C st
City and County: Madera, Madera County
State and Zip code: CA 93638
phone Number: N/A


Defendant No. 6

Name: Garcia
Job or title: STU officer
Street Address: 330 S C st
City and County: Madera, Madera County
State and Zip code: CA 93638
phone Number: N/A


Defendant No. 7

Name: Vang
Job or title: STU Officer
Street Address: 330 S. C st
City and county: Madera, Madera county
State and Zip code: CA, 93638
phone Number N/A

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.      If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

I Plaintiff Evans was apperhended by SIU officers
B. Mahoney 4536, C. Robertson 519, R. Vasquez 4263, Grijalva, Garcia,
and officer Vang after being apperhended this SIU officers
begain striking and beating me making me fear for
my life.

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

damages in the amount of $50,000 against each defendent Jointly and Severally. Plaintiff seeks punitive damages in the amount of $50,000 against each defendent Jointly and severlly. Plaintiff also seeks a Jury by trial on all issues triable by Jury. plaintiff also seeks recovery of thier cost in this suit and any additional relief this court deems Just proper and equitable

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April , 20 20.

Signature of Plaintiff _Leo Evans_

Printed Name of Plaintiff _LEO Evans_

6