UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO EVANS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MADERA COUNTY POLICE DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | Case No.   1:20-cv-00501-NONE-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　Plaintiff proceeds in this civil action without representation. Plaintiff's complaint was screened on June 8, 2020, the court found that plaintiff had failed to state a claim, and plaintiff was ordered to file a first amended complaint within sixty days. *See* ECF No. 4. Plaintiff has not yet done so.

　　　To manage its docket effectively, the court imposes deadlines and require litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, the court may dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has

a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

We will give plaintiff an opportunity to explain why the court should not dismiss his case for failure to prosecute, failure to comply with a court order, and failure to state a claim. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in dismissal of this case.

Accordingly, plaintiff must show cause within 21 days of the date of entry of this order why the court should not dismiss his case for failure to state a claim and failure to prosecute. Should plaintiff wish to continue with this lawsuit, plaintiff must also file a first amended complaint within 21 days.

IT IS SO ORDERED.

Dated:   November 12, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE