UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO EVANS,<br><br>               Plaintiff,<br><br>     v.<br><br>MADERA COUNTY POLICE DEPARTMENT, et al.,<br><br>               Defendants. | No. 1:20-cv-00501-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS AND LACK OF PROSECUTION<br><br>(Doc. No. 7)<br><br>CLERK OF COURT TO CLOSE CASE |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 8, 2020, the court issued a screening order under 28 U.S.C. § 1915A and determined plaintiff's complaint failed "to state a cognizable claim against any defendant." (Doc. No. 4 at 4). The court ordered plaintiff to file an amended complaint within sixty (60) days and warned him that if he failed to comply with the court's order the case would be dismissed. (*Id*. at 5, ¶¶ 2-3). The court's order was apparently delivered to plaintiff because it was not returned as undeliverable. Plaintiff failed to file an amended complaint or seek an extension of time to comply with the court's order. (*See* docket).

On May 3, 2021, the assigned magistrate judge issued findings and recommendations to dismiss without prejudice the instant action for lack of prosecution and failure to comply with

court orders. (Doc. No. 7). Plaintiff has not objected to the findings and recommendations and the opportunity to do so has lapsed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on May 3, 2021 (Doc. No. 7) are adopted in full.
2. This action is dismissed without prejudice for plaintiff's failure to obey court orders and lack of prosecution.

IT IS SO ORDERED.

Dated: **July 12, 2021**

UNITED STATES DISTRICT JUDGE

---

[1] Prior to the issuance of findings and recommendations, an earlier court order (Doc. No. 5) was served on plaintiff but was returned as undeliverable on November 24, 2020. (*See* docket.) According to Local Rule 183(b), plaintiff had sixty-three (63) days to update his address. He failed to do so.

2